UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ELEANOR TYSON, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | Case No. 3:12-0714 |
| v. ) | Judge Nixon/Bryant/Brown |
| ) | **Jury Demand** |
| NASHVILLE 5G HOLDINGS, LLC, ) | |
| *et al.*, ) | |
| ) | |
| Defendants ) | |

## O R D E R

A settlement conference was held with the parties in this matter on October 15, 2013. After a full day conference the parties were unable to reach an agreement satisfactory to all sides at the end of the day.

The parties are advised that the Magistrate Judge stands ready to continue discussions at the request of the parties. However, at the present time a settlement is not eminent.

The **Clerk** is directed to return the file to Judge Nixon.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge