IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ELEANOR TYSON, ALFRONZO COTTON, QUENTIN MCKISSACK, CARLOS WHITE, and TIANNA BIRDSONG,<br><br>Plaintiffs,<br><br>v.<br><br>NASHVILLE 5G HOLDINGS, LLC, WILLIAM MCKECHNIE and JONATHAN DROLSHAGEN,<br><br>Defendants. | Case No. 3:12-cv-714<br><br>Judge Nixon |

## AGREED ORDER OF DISMISSAL

It appears to the Court, as evidenced by the signatures of counsel below, that all matters in dispute between the parties have been resolved and that Plaintiffs' complaint should be dismissed. Accordingly, this case is dismissed with prejudice.

_____
Honorable John T. Nixon
United States District Judge

Approved for Entry:


s/Stephen W. Grace
Stephen W. Grace (BPR No. 14867)
1019 16th Avenue, South
Nashville, Tennessee 37212
(615) 255-5225

s/Douglas B. Janney III
Douglas B. Janney III (BPR No. 19112)
2002 Richard Jones Road
Suite B-200
Nashville, Tennessee 37215
(615) 742-5900

Attorneys for Plaintiffs



s/Darrick L. O'Dell
Marc O. Dedman (BPR No. 14044)
Darrick L. O'Dell (BPR No. 26883)
Spicer Rudstrom, PLLC
414 Union Street, Suite 1700
Nashville, Tennessee 37219
(615) 259-9080

Attorneys for Defendants